**Richard SUAREZ, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 03–3167.

United States Court of Appeals, Federal Circuit.

DECIDED: June 4, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).